NUMBER 13-09-00208-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


GREGORY A. BEAVERS, ET AL., Appellants,


v.



BP AMOCO CORPORATION, ET AL., Appellees.

_____________________________________________________________


On appeal from the 347th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela 
Memorandum Opinion Per Curiam


 We withdraw the memorandum opinion and judgment issued on April 23, 2009, in
cause number 13-09-00208-CV and substitute the following memorandum opinion.

 Appellants, Gregory A. Beavers, et al., perfected an appeal from a judgment entered
by the 347th District Court of Nueces County, Texas, in trial court cause number
04-3819-H. Several appellees have filed motions with this Court to dismiss this appeal
(appellate cause number 13-08-00214-CV).

 Appellees BP Amoco Corporation and BP Amoco Chemical Company ("Amoco")
have filed an unopposed motion to dismiss the appeal as to Amoco on grounds that
appellants nonsuited or otherwise had all claims dismissed against Amoco. Amoco
requests that this Court dismiss the appeal as to it because it is not a proper party to this
appeal.

 Appellee Valero Energy Corporation ("Valero") has filed an unopposed motion to
dismiss the appeal as to Valero on grounds that appellants agreed to nonsuit the appeal
as to Valero. Valero also seeks to clarify that Valero Refining-Texas, LP is not a proper
party to this appeal. Appellants do not oppose such clarification.

 Appellees Beazer East, Inc. ("Beazer East") and Corpus Christi Gasket & Fastener,
Ltd. ("CCG&F") have filed a motion to dismiss the appeal, asserting that appellants Gerald
Sheets and Nabbie Roberts had all of their claims against Beazer East and CCG&F non-suited or otherwise dismissed.

 The Court, having considered the documents on file, is of the opinion that the
motions should be granted. See Tex. R. App. P. 42.3. Appellees' motions to dismiss are
granted, and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION as to
appellees BP Amoco Corporation and BP Amoco Chemical Company, and Valero Energy
Corporation. Additionally, the appeal brought by appellants Gerald Sheets and Nabbie
Roberts against Beazer East, Inc. and Corpus Christi Gasket & Fastener, Ltd. is hereby
DISMISSED FOR WANT OF JURISDICTION. The Court also instructs the Clerk of this
Court to update this Court's records to reflect that Valero Refining-Texas, LP is not a party
to this appeal.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 22nd day of June, 2009.